IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DOCK GORDON, | : |
| | : Case No. 1:17-cv-227 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. and JOSEPH F. ROSEN., | : |
| | : |
| Defendants. | : |

## NOTICE OF REMOVAL

To:  Clerk – United States District Court for the
      Northern District of Florida

**PLEASE TAKE NOTICE THAT** on this date, Defendants Midland Funding LLC, Midland Credit Management, Inc. and Joseph F. Rosen hereby remove the above-captioned matter to this Court from the Circuit Court, Eighth Judicial Circuit, In and For Alachua County, Florida, and in support thereof aver as follows:

1. Midland Funding LLC, Midland Credit Management, Inc. and Joseph F. Rosen are defendants in a civil action originally filed on or about July 14, 2017, in the Circuit Court, Eighth Judicial Circuit, In and For Alachua County, Florida, titled *Dock Gordon v. Midland Funding LLC, Midland Credit Management, Inc. and Joseph F. Rosen,* and docketed to Case No. 01 2017 CA 002482.

2. This removal is timely under 28 U.S.C. § 1446(b). Defendants first received a copy of Plaintiff's Complaint by service on or about August 15, 2017.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings and orders received by Defendants in the state court action.

4. The United States District Court for the Northern District of Florida has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5. On this date, Defendants have provided notice of this removal to all parties and to the Clerk of the Circuit Court, Eighth Judicial Circuit, In and For Alachua County, Florida.

WHEREFORE, Defendants remove this case to the United States District Court for the Northern District of Florida.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N.
Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendants

Dated: September 5, 2017

## CERTIFICATE OF SERVICE

I certify that on September 5, 2017, a true copy of the foregoing document was served on all counsel of record via electronic means.

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N.
Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendants

Dated:  September 5, 2017