UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DOCK GORDON,**
    **PLAINTIFF,**

                          Case No.:   1:17-cv-227

v.

**MIDLAND FUNDING LLC, MIDLAND
CREDIT MANAGEMENT, INC., AND
JOESEPH F. ROSEN,**
    **DEFENDANTS.**
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, the parties who appeared in the action stipulate and agree that this action is dismissed with prejudice, including all claims that were or could have been raised in this action. Each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| Terence J. Kann | Lauren M. Burnette |
| Attorney for Plaintiff | Attorney for Midland Funding LLC and |
| Florida Bar #286664 | Midland Credit Management, Inc. |
| 2790 N.W. 43rd Street, Ste. 100 | Florida Bar# 120079 |
| Gainesville, FL 32606 | Barron & Newburger, PC |
| Telephone (352) 375-3203 | 450-106 State Road 13 N., Suite 326 |
| | St. Johns, FL 32259 |
| | (904) 201-9120 |
| | |
| By: /s/ Terence J Kann | By: /s/ Lauren M. Burnette |
|     Terence J. Kann, Esq. |     Lauren M. Burnette |
|     Fla. Bar No. 286664 |     Fla. Bar No. 120079 |
|     tkann@att.net |     lburnette@bn-lawyers.com |
| | |
| Dated: March 9th, 2018 | Dated: March 9th, 2018 |