# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

DOCK GORDON,

    *Plaintiff,*

v.                          CASE NO. 1:17cv227-MW/GRJ

MIDLAND FUNDING LLC, ET AL.,

    *Defendants.*

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO QUASH**

This Court has considered, without hearing, Plaintiff's Motion to Quash Service of Process. ECF No. 157. That motion is **GRANTED**. Mr. Rosen need not respond to the summons and amended complaint.

**SO ORDERED on March 9, 2018.**

                                         s/Mark E. Walker
                                         **United States District Judge**